IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMISSIONER OF PATENTS,
    Washington, D.C. 20231

DEAR COMMISSIONER:

    In compliance with Title 15, Chapter 22, U.S.C., §1116, you are advised that there was filed on the 10th day of July, 2002, in this court an action, No. 02-4568, entitled:

| | |
|---|---|
| NAME | SHI-APD CRYOGENICS, INC., INDIVIDUALLY AND/OR AS |
| ADDRESS | ASSIGNEE OF INTERMAGNETICS GENERAL CORPORATION |
| | AND/OR APD CRYOGENICS, INC. |
| | 1833 VULTEE STREET |
| | ALLENTOWN, PA. 18103 |

versus

| | |
|---|---|
| NAME | ADVANCED RESEARCH SYSTEMS, INC. |
| ADDRESS | 905 HARRISON STREET |
| | ALLENTOWN, PA. 18103 |

involving the following registered trademark(s):

U.S. Patent Number 999-249, Date of Patent November 26, 1974, "Heli-Tran".

Date <u>July 10, 2002</u>

                                        By:_____
                                        Stephen Sonnie, Deputy Clerk

civ649.frm