IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHI-APD CRYOGENICS, INC.,** Individually and/or as assignee of Intermagnetics General Corp. and/or APD Cryogenics, Inc.<br><br>Plaintiff,<br><br>v.<br><br>**ADVANCED RESEARCH SYSTEMS, INC.**<br><br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 02-4568 |

## O R D E R

AND NOW, this 16th day of January, 2004, upon notice of settlement between the parties, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b). The Clerk of the Court shall mark the above-captioned matter as CLOSED.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.